UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES EDWARD CARTER,<br><br>        Petitioner,<br><br>    v.<br><br>T. FELKER, WARDEN,<br><br>        Respondent. | No. CV 07-2216 JFW (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

    The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

    DATED: February 8, 2010

                                        _____
                                        John F. Walter
                                        United States District Judge